In re:  
Christian James Pilosi  
    Debtor(s)

Case No. 20-01903-RNO  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: admin     Page 1 of 3  
Date Rcvd: Oct 12, 2020     Form ID: 318     Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Christian James Pilosi, 204 Smith St, Old Forge, PA 18518-2141 |
| 5337862 | | Corp Service Company, PO Box 2576, Springfield, IL 62708-2576 |
| 5337866 | | ForwardLine Financial LLC, 21700 Oxnard St Ste 1400, Woodland Hills, CA 91367-3636 |
| 5337868 | | Law Offices of Frederic I Weinberg, 375 E Elm St Ste 210, Conshohocken, PA 19428-1973 |
| 5337855 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5337869 | | LoanBuilder /PayPal Inc, 3505 Silverside Rd, Wilmington, DE 19810-4905 |
| 5337870 | | Main Street Acquisition Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5337871 | | Marlin Business Bank, 2795 E Cottonwood Pkwy Ste 120, Salt Lake City, UT 84121-7092 |
| 5337873 | | PA Dept of Revenue, Bureau of Compliance, PO Box 280948, Harrisburg, PA 17128-0948 |
| 5337874 | | Payment Capital, 19528 Ventura Blvd Ste 170, Tarzana, CA 91356-2917 |
| 5337875 | | Pennymac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5337876 | + | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 5337854 | | Pilosi Christian James, 204 Smith St, Old Forge, PA 18518-2141 |
| 5337878 | | Pnc Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 5337877 | | Pnc Bank, Atn: Bankruptcy Department, PO Box 94982, Cleveland, OH 44101-4982 |
| 5337879 | | Swift Financial LLC, 3505 Silverside Rd, Wilmington, DE 19810-4905 |
| 5337887 | | Wellen Capital, LLC, 600 W Jackson Blvd Ste 750, Chicago, IL 60661-5683 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Oct 12 2020 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5337856 | | EDI: CAPITALONE.COM | Oct 12 2020 22:43:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5337857 | | EDI: CAPITALONE.COM | Oct 12 2020 22:43:00 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5337859 | | EDI: CITICORP.COM | Oct 12 2020 22:43:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5337860 | | EDI: CITICORP.COM | Oct 12 2020 22:43:00 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5337861 | | EDI: CITICORP.COM | Oct 12 2020 22:43:00 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5337863 | | EDI: DISCOVER.COM | Oct 12 2020 22:43:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5337864 | | EDI: DISCOVER.COM | Oct 12 2020 22:43:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5337865 | | Email/Text: kboyer@apexmtg.com | Oct 12 2020 18:39:00 | Firstlease, 1 Walnut Grove Dr Ste 300, Horsham, PA 19044-2201 |
| 5337867 | | EDI: JPMORGANCHASE | Oct 12 2020 22:43:00 | Jpmcb Card, PO Box 15369, Wilmington, DE |

| Recip ID | | Bypass/Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19850-5369 |
| 5337858 | | EDI: JPMORGANCHASE | Oct 12 2020 22:43:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 5357510 | | EDI: BL-CREDIGY.COM | Oct 12 2020 22:43:00 | Main Street Acquisition Corp., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5337872 | | Email/Text: bankruptcy@ondeck.com | Oct 12 2020 18:39:00 | On Deck Capital, Inc., 901 N Stuart St Ste 700, Arlington, VA 22203-4129 |
| 5350344 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 12 2020 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5337881 | | EDI: RMSC.COM | Oct 12 2020 22:48:00 | Syncb/PPC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5337880 | | EDI: RMSC.COM | Oct 12 2020 22:48:00 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 5337882 | | EDI: RMSC.COM | Oct 12 2020 22:48:00 | Syncb/ppmc, PO Box 965005, Orlando, FL 32896-5005 |
| 5338270 | + | EDI: RMSC.COM | Oct 12 2020 22:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5337883 | | EDI: RMSC.COM | Oct 12 2020 22:48:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5337884 | | EDI: CITICORP.COM | Oct 12 2020 22:43:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5337885 | | EDI: BLUESTEM | Oct 12 2020 22:43:00 | WebBank, 215 S State St Ste 1000, Salt Lake City, UT 84111-2336 |
| 5337886 | | Email/Text: bkdept@cancapital.com | Oct 12 2020 18:39:00 | WebBank c/o CAN Capital, Inc, 2015 Vaughn Rd NW Ste 500, Kennesaw, GA 30144-7831 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Main Street Acquisition Corp., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2020      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Christian James Pilosi MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| John J Martin (Trustee) | pa36@ecfcbis.com trusteemartin@martin-law.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Christian James Pilosi | Social Security number or ITIN  xxx–xx–2014 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–01903–RNO | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christian James Pilosi
aka Christian J. Pilosi, aka Christian Pilosi, dba
Eden–A Vegan Cafe

**By the court:**

*[Signature: Robt N. Opel II]*

10/12/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

| | | |
|---|---|---|
| Official Form 318 | **Order of Discharge** | page 1 |

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**